NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROMULO ORCINO,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3034

---

Petition for review of the Merit Systems Protection Board in case no. SF0831110111-I-1.

---

## ON MOTION

---

## ORDER

The Office of Personnel Management moves for a 14-day extension of time, until March 20, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 9 2012

———————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Romulo Orcino
     Austin M. Fulk, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 9 2012

**JAN HORBALY**
**CLERK**